UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VINCENT LEONIS,      ) | CIV-F-12-0114 AWI |
|         Appellant,   ) | ORDER DISMISSING APPEAL |
|   v.                ) | |
| JAMES CIECIORKA and MARY JEAN ) CIECIORKA                   ) | |
|         Appellees.   ) | |

      Appellant initiated an appeal from an order of the bankruptcy court on January 25, 2012. Doc. 1. On January 26, 2012, the bankruptcy clerk's office sent an opening letter, setting out the next steps for the appeal. Doc. 2. The parties were informed that it was their duty to have a record on appeal made in the bankruptcy court and that this court would not set up a briefing schedule until a Certificate of Record was received. No Certificate of Record was received. On October 1, 2012, the court issued an order to show cause why the appeal should not be dismissed for lack of prosecution, in which Appellant was ordered to respond in writing within 30 days. Doc. 3. Appellant has not responded. At this point, there is no record on appeal and there has been no contact from the Appellant since the initiation of the appeal in January 2012. Appellant appears to have abandoned the case. "The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986), citations omitted.

1

Given these circumstances, the appeal is DISMISSED.

IT IS SO ORDERED.

Dated:     November 20, 2012

                                                                     **UNITED STATES DISTRICT JUDGE**